UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 02/13/2020

JOSE ENRIQUE MORENO-BAEZ, *individually and on behalf of all other persons similarly situated*,

Plaintiff,

-against-

SNACK COMPANY, LLC, SNACK COMPANY BEDFORD LLC, ADAM GREENE, and ELIAS VARKOUTAS,

Defendants.

**OPINION AND ORDER**

14 Civ. 6914 (ER)

RAMOS, D.J.:

On March 4, 2016, Plaintiff Jose Enrique Moreno-Baez ("Moreno-Baez") moved, with the consent of Defendants Snack Company, LLC, Snack Company Bedford LLC, and Adam Greene, to stay the instant action in its entirety based on Defendant Elias Varkoutas' recent filing for bankruptcy. Doc. 46. On March 7, 2016, the Court granted that request and stayed the action. Doc. 47. On December 23, 2019, Moreno-Baez moved to voluntarily dismiss all claims against Defendant Elias Varkoutas pursuant to Fed. R. Civ. P. 41(a)(2).

Accordingly, the stay is now moot. The Clerk of Court is respectfully directed to terminate the stay in this action. The remaining parties in this action are hereby directed to provide the Court with a status update by Wednesday, February 19, 2020 at 5:00 PM.

       SO ORDERED

Dated:    February 13, 2020
           New York, New York

                                          Edgardo Ramos, U.S.D.J.