UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOSE ENRIQUE MORENO-BAEZ, individually and in behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>–against–<br><br>SNACK COMPANY, LLC, d/b/a SNACK; SNACK COMPANY BEDFORD LLC d/b/a SNACK TAVERNA; ADAM GREENE; and ELIAS VARKOUTAS; jointly and severally,<br><br>Defendants. | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC # _____<br>DATE FILED: February 25, 2020<br><br>14 CV 6914 (ER) |

## **ORDER**

Upon the motion of the plaintiff to dismiss the claims of the plaintiff against the defendant Elias Varkoutas, those claims having been discharged in bankruptcy, it is hereby ordered that the claims in this action against Elias Varkoutas are dismissed with prejudice and without costs to either party.

**So ordered.**

Dated: February 25, 2020
New York, New York

_____
Edgardo Ramos
United States District Judge

1