# HELBRAUN | LEVEY

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: May 22, 2020

May 22, 2020

**VIA ECF**
Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

        Re:    *Moreno-Baez v. Snack Company, LLC et al*, 14 CV 6914 (ER)

Dear Judge Ramos:

This office is counsel of record for the remaining defendants (the "Defendants") in the above referenced matter, as set forth in Plaintiff's May 17, 2020 letter to the Court. Despite multiple attempts, our office has been unable to confer with the Defendants regarding our represent of them in this action; except for Mr. Adam Green, who advised our office of his desire that we discontinue representing him.

In light of our continued inability to confer with the Defendants, in addition to Mr. Green's clear expression that he no longer wishes that this office continue to represent him, we respectfully request that the Court allow this office to move to be relieved as counsel.

Respectfully submitted,

*Lee Nolan Jacobs*    /s/
Lee N. Jacobs

---

The application is granted. Defense counsel of record is directed to notify the Defendants, except Mr. Green, that they must have new counsel enter appearance by June 23, 2020, and Mr. Green to have new counsel appear by that date or declare whether he will be proceeding pro se.
SO ORDERED.

Edgardo Ramos, U.S.D.J
Dated: May 22, 2020
New York, New York