UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ENRIQUE MORENO-BAEZ,
*individually and on behalf of all other persons similarly situated*,

                Plaintiff,

– against –

SNACK COMPANY, LLC, *doing business as* Snack, SNACK COMPANY BEDFORD LLC, *doing business as* Snack Taverna, *and* ADAM GREEN, *jointly and severally*,

                Defendants.

**ORDER**

14 Civ. 6914 (ER)

RAMOS, D.J.:

      On July 23, 2020, this Court granted Moreno-Baez leave to file a proposed order to show cause, given the defendants' apparent default in this case. He is directed to file such a proposed order and all supporting documentation as provided in Attachment A to this Court's Individual Rules by November 1, 2020. Failure to comply with this Order could result in sanctions, up to and including dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

It is SO ORDERED.

Dated:   October 2, 2020
            New York, New York

                                              EDGARDO RAMOS, U.S.D.J.