Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

**MEMO ENDORSED**

August 26, 2021

**VIA ECF**

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Moreno-Baez v. Snack Company, LLC et al*, 14 CV 6914 (ER)

Dear Judge Ramos:

  This firm represents the plaintiff in the above-referenced action. The plaintiff was ordered, on August 19, 2021, to serve the order to show cause on defendants and file proof of service by August 25, 2021. The plaintiff apologizes to the Court for the fact that plaintiff missed that deadline and instead mailed the order to show cause and accompanying documents to defendants today, rather than August 25, 2021. Plaintiff therefore moves the Court for an extension of time *nunc pro tunc* to file proof of service from August 25, to August 26, 2021. That proof of service was filed today. This request for an extension is the first.

  I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

---

The application is  x   granted
\_\_\_\_ denied

Edgardo Ramos, U.S.D.J
Dated: 8/26/2021
New York, New York