# Law Office of
# Justin A. Zeller, p.c.

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

# MEMO ENDORSED

October 18, 2021

**VIA ECF**

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Moreno-Baez v. Snack Company, LLC et al*, 14 CV 6914 (ER)

Dear Judge Ramos:

    This firm represents the plaintiff in the above-referenced action. The plaintiff, with defendants' consent, moves to adjourn the October 20, 2021, Show Cause hearing scheduled for 4:30 p.m. The parties have settled this matter in principle and are currently finalizing the written form of the agreement. The parties ask for thirty days in order to finalize the agreement, execute it, and submit a fairness letter under *Cheeks*.

    We thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

The application is  **X**  granted
                              ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 10/19/2021
New York, New York