# JUSTIN A. ZELLER, P.C.
## LAW OFFICES

Justin A. Zeller
jazeller@zellerlegal.com

John M. Gurrieri
jmgurrieri@zellerlegal.com

Telephone: 212.229.2249
Facsimile: 212.229.2246

**MEMO ENDORSED**

November 18, 2021

**VIA ECF**

Hon. Edgardo Ramos, United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse

Re: *Moreno-Baez v. Snack Company, LLC et al*, 14 CV 6914 (ER)

Dear Judge Ramos:

    This firm represents the plaintiff in the above-referenced action. The plaintiff, with defendants' consent moves for a two-week extension of today's deadline to submit the settlement agreement from today until December 2, 2021. The parties have finalized the written agreement, and defendants have fully executed. The plaintiff requires additional time to obtain plaintiff's signature and finalize the fairness letter for submission.

    I thank the Court for its time and consideration.

Respectfully submitted,

*John M. Gurrieri*

John M. Gurrieri

The application is __X__ granted
                        ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: 11/19/2021
New York, New York