UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE ENRIQUE MORENO-BAEZ,
individually and on behalf all others similarly situated,

            Plaintiff,

v.

SNACK COMPANY, LLC, d/b/a SNACK;
SNACK COMPANY BEDFORD, LLC, d/b/a
SNACK TAVERNA; ADAM GREENE; and
ELIAS VARKOUTAS; jointly and severally,

            Defendants.

**ORDER**

14 Civ. 6914 (ER)

RAMOS, D.J.

On December 7, 2021, the parties moved for approval of their settlement. Doc. 90. The Court denied the motion without prejudice, finding the agreement, while otherwise fair and reasonable, included an impermissible no re-hire provision. Doc. 91. The Court advised the parties that they could (1) submit a revised agreement to the court, (2) abandon settlement and continue to trial, or (3) stipulate to dismissal of the case without prejudice. Doc. 91 at 7-8.

The parties submitted a revised agreement on December 21, 2021, having removed the no re-hire provision. Doc. 92. The Court, therefore, approves of the revised settlement agreement. The Clerk of Court is respectfully directed to close the case.

It is SO ORDERED.

Dated: December 21, 2021
      New York, New York

                                                          Edgardo Ramos, U.S.D.J.